**[Dntcdsma]** [District AP Notice of Dismissed/Closed Underlying BK Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:22–bk–02494–CPM |
| | Chapter 13 |
| Jennifer Kay Marlow | |
| _____Debtor*_____/ | |
| Jennifer Kay Marlow | |
| Plaintiff* | |
| vs. | Adv. Pro. No. 8:22–ap–00177–CPM |
| New Penn Financial, LLC | |
| U.S. Bank Trust National Association, GMAC Mortgage, LLC | |
| _____Defendant*_____/ | |

***NOTICE OF DISMISSED
UNDERLYING BANKRUPTCY CASE***

   On November 16, 2022 the Court dismissed the underlying action, 8:22–bk–02494–CPM . Accordingly, notice is given that no further action will occur on this proceeding unless the referenced bankruptcy case is reinstated.

| | |
|---|---|
| Dated: November 17, 2022 | Sheryl L. Loesch , Clerk of Court |
| | Sam M. Gibbons United States Courthouse |
| | 801 North Florida Avenue, Suite 555 |
| | Tampa, FL 33602 |

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.